# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Rolando B. Pablos
Secretary of State

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

December 7, 2018

B & Z Logistics Inc
301 Stag Industrial Blvd
Lake Saint Louis, MO 63367

2019-299356-1

**Include reference number in all correspondence**

RE: Hector G Gomez VS B and Z Logistics Inc et al
224th Judicial District Court Of Bexar County, Texas
Cause No. 2018CI22008

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of the process received by the Secretary of State of the State of Texas on December 7, 2018.

CERTIFIED MAIL #71901046470100987264

Refer correspondence to:

Robert O. Fischel
Davis Law Firm
10500 Heritage Blvd. #102
San Antonio, TX 78216

Sincerely,

Service of Process
Government Filings
512-463-1662
GF/lc
Enclosure

PRIVATE PROCESS

Case Number: 2018-CI-22008

Delivered 12/7/18

2018CI22008 S00001

**HECTOR G GOMEZ**
**VS.**
**B & Z LOGISTICS INC ETAL**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
224th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

18 DEC -7 PM 12:09
SECRETARY OF STATE
AUSTIN, TEXAS
RECEIVED

## CITATION

"THE STATE OF TEXAS"

Directed To: B & Z LOGISTICS INC
BY SERVING THE SECRETARY OF STATE FOR THE STATE OF TEXAS

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION WITH ATTACHED WRITTEN DISCOVERY AND REQUEST FOR DISCLOSURES , a default judgment may be taken against you." Said ORIGINAL PETITION WITH ATTACHED WRITTEN DISCOVERY AND REQUEST FOR DISCLOSURES was filed on the 19th day of November, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 4TH DAY OF DECEMBER A.D., 2018.

ROBERT FISCHEL
ATTORNEY FOR PLAINTIFF
10500 HERITAGE ST 102
SAN ANTONIO, TX 78216-3616



Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Cynthia Gonzales*, Deputy

---

| HECTOR G GOMEZ VS B & Z LOGISTICS INC ETAL | **Officer's Return** | Case Number: 2018-CI-22008 Court: 224th Judicial District Court |

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION WITH ATTACHED WRITTEN DISCOVERY AND REQUEST FOR DISCLOSURES the date of delivery endorsed on it to the defendant, _____ in person on the _____ at _____ o'clock ___M
at: _____ or ( ) not executed because _____

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas
By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20_____.

299356

_____
Declarant

RETURN TO COURT (DK002)