CAUSE NO. 2018CI22008

| | | |
|---|---|---|
| HECTOR GONZALES GOMEZ,<br>*Plaintiff*, | § § § § | IN THE DISTRICT COURT |
| v. | § § § | 224TH JUDICIAL DISTRICT |
| B&Z LOGISTICS, INC. AND<br>JOHN DOE,<br>*Defendants* | § § § § | BEXAR COUNTY, TEXAS |

**DEFENDANT B&Z LOGISTICS, INC.'S NOTIFICATION OF REMOVAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant B&Z Logistics, Inc. on this day, January 4, 2019, filed a Notice of Removal, a copy of which is attached herewith, to remove the civil action styled *Hector Gonzalez Gomez v. B&Z Logistics, Inc. and John Doe*, Cause No. 2018CI22008, from the 224th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division.

Defendant files this Notification of Removal pursuant to 28 U.S.C.A. § 1446(d), and pursuant thereto, this Court shall proceed no further in this matter unless and until the case is remanded.

Respectfully submitted,

**LOPEZ LAW GROUP PLLC**

[Signature on following page]

By: _____
BRIAN C. LOPEZ
Federal Bar No. 30750
State Bar No. 24029693
brian@lopezlit.com
ELISE MORNEAU
Federal Bar No. 3234479
State Bar No. 24082188
elise@lopezlit.com
1502 Augusta Drive, Suite 450
Houston, Texas 77057
Phone:  713/275-9707
Fax: 713/275-9722

**ATTORNEYS FOR DEFENDANT**
**B&Z LOGISTICS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served pursuant to the Texas Rules of Civil Procedure on this the 4th day of January 2019, upon the following parties and counsel of record:

Robert O. Fischel
DAVIS LAW FIRM
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Phone: 210-444-4444
Fax: 210-870-1583
robertf@davislaw.com
*Attorney for Plaintiff*

_____
BRIAN C. LOPEZ